AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23-mj-00752-VCF |
| RICHARD ZEITLIN | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 23CRIM419 |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 22 2023
CLERK US DISTRICT
DISTRICT OF NEVADA
BY: _____

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Southern** District of **New York**,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ☑ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 08/22/2023

_____
Judge's signature

Cam Ferenbach, US Magistrate Judge
*Printed name and title*

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America )
v. )
)  Case No. 2:23-mj-00752-VCF
RICHARD ZEITLIN )
*Defendant* )

FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 22 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☒ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**

☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

☐ **(e)** any felony that is not otherwise a crime of violence but involves:
**(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; *and*

☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; *and*

☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; *and*

☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

☐ (1) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

☐ (2) an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ (3) an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ (4) an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

☐ (5) an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

**Part III - Analysis and Statement of the Reasons for Detention**

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☒ Weight of evidence against the defendant is strong
☐ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☐ History of violence or use of weapons
☐ History of alcohol or substance abuse
☒ Lack of stable employment
☐ Lack of stable residence
☐ Lack of financially responsible sureties
☒ Lack of significant community or family ties to this district

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☐ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:
The defendant is in the midst of a divorce and his children live in Wisconsin.

The allegations stem from his employment and nothing was presented to show how he would be employed if released.

The defendant's assets increase the possibility of flight.

The defendant did not retain local counsel until after the filing of the Indictment.

The defendant recenty became a foreign citizen and has an extensive history of foreign travel.

The defendant owns a fractional share of a pivate airplane.

### Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: 8/22/2023

_____
United States Magistrate Judge

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        AUG 17 2023

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.: 2:23-mj-00752-VCF |
| **RICHARD ZEITLIN** | ) |
| | ) |
| _Defendant_ | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.: 3D |
|---|---|
| | Date and Time: 8/18/23 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/17/2023

_Judge's signature_

Cam Ferenbach US Magistrate Judge

_Printed name and title_

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

```
FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

AUG 17 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY
```

United States of America )
v. )
**Richard Zeitlin** )
Defendant )

Case No. 2:23-mj-00752-VCF

Charging District's Case No. 23-cr-00419

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) **Southern District of New York**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: **8-17-23**

_____
Defendant's signature

_____
Signature of defendant's attorney

**Yasmin Khayyami**
Printed name of defendant's attorney

CLOSED,CUSTODY-Federal,Restraint_None

# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00752-VCF-1

| | |
|---|---|
| Case title: USA v. Zeitlin | Date Filed: 08/17/2023 |
| Other court case number: 23 Crim 419 Southern District of New York | Date Terminated: 09/05/2023 |

Assigned to: Magistrate Judge Cam Ferenbach

**Defendant (1)**

| | | |
|---|---|---|
| **Richard Zeitlin**<br>*TERMINATED: 09/05/2023* | represented by | **Lance A Maningo**<br>Maningo Law<br>400 S. 4th Street<br>Ste 650<br>Las Vegas, NV 89101<br>702-626-4646<br>Fax: 702-660-5535<br>Email: lance@maningolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Yasmin Khayyami**<br>Maningo Law<br>400 S. 4th St.<br>Ste 650<br>Las Vegas, NV 89101<br>702-626-4646<br>Email: yasmin@maningolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **David C Kiebler**<br>DOJ-USAO<br>U.S. Attorney's Office - District of Nevada<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101<br>702-388-6519<br>Email: david.kiebler@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: USA* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2023 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Richard Zeitlin held on 8/17/2023 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; AUSA: *David Kiebler*; Def Counsel: *Yasmin Khayyami and Lance Maningo*; PTS: *Emily McKillip*; Recording start and end times: *2:54 - 3:00 / 3:40 - 3:58 pm*; Courtroom: *3D*<br><br>Defendant is present, in custody with retained counsel. IT IS ORDERED that the Defendant shall have no restraints during court proceeding. Defendant is advised of his rights/charges. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Southern District of New York. Next appearance date in originating district is on September 14, 2023 at 2:30 pm. The Court hears arguments for release. Defense counsel request a one day continuance of the detention hearing, IT IS SO ORDERED. Defendant is temporarily remanded to custody.<br><br>Detention Hearing set for 8/18/2023 at 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - TR) (Entered: 08/17/2023) |
| 08/17/2023 | 3 | WAIVER of Rule 5(c)(3) Hearings as to Richard Zeitlin. (ALZ) (Entered: 08/18/2023) |
| 08/17/2023 | 4 | ORDER SCHEDULING A DETENTION HEARING as to Richard Zeitlin. Detention Hearing set for 8/18/2023 at 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 08/17/2023. (Copies have been distributed pursuant to the NEF - ALZ) (Entered: 08/18/2023) |
| 08/17/2023 | 5 | DESIGNATION of Retained Counsel by Yasmin Khayyami on behalf of Richard Zeitlin. (ALZ) (Entered: 08/18/2023) |

| | | |
|---|---|---|
| 08/18/2023 | 6 | MINUTES OF PROCEEDINGS - Detention Hearing as to Richard Zeitlin held on 8/18/2023 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *T. Renfro*; AUSA: *David Kiebler*; Def Counsel: *Yasmin Khayyami, Lauria Lynch-German*; PTS: *Emily McKillip*; Recording start and end times: *3:15 - 3:37 pm*; Courtroom: *3D*;<br><br>Defendant is present, in custody, with retained counsel. IT IS ORDERED that the Defendant shall have no restraints during court proceeding. The court hears arguments regarding release. IT IS ORDERED that Defendant be detained pending Trial. Defendant is remanded to custody for transport to the Southern District of New York.<br><br>Status Conference set for 9/1/2023 at 04:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - TR) (Entered: 08/18/2023) |
| 08/18/2023 | 7 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Richard Zeitlin on 8/18/2023. By Deputy Clerk: T. Renfro. Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. *See United States v. Price*, 566 F.3d 900,913 n.14 (9th Cir. 2009). Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence.<br><br>Information or evidence may be favorable to a defendant's case if it either may help bolster the defendant's case or impeach a prosecutor's witness or other government evidence. If doubt exists, it should be resolved in favor of the defendant with full disclosure being made.<br><br>If the government believes that a required disclosure would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, the government may apply to the Court for a modification of the requirements of this Disclosure Order, which may include in camera review and/or withholding or subjecting to a protective order all or part of the information.<br><br>This Disclosure Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Disclosure Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure Order enlarges or diminishes the government's obligation to disclose information and evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and Ninth Circuit precedent. As the Supreme Court noted, "the government violates the Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct. 1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012). **(no image attached)** (Copies have been distributed pursuant to the NEF - TR) (Entered: 08/18/2023) |
| 08/22/2023 | <u>8</u> | ORDER OF DETENTION as to Richard Zeitlin. Defendant shall be detained pending trial. Signed by Magistrate Judge Cam Ferenbach on 8/22/23. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 08/23/2023) |

| 08/22/2023 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Richard Zeitlin. Defendant committed to Southern District of New York. Signed by Magistrate Judge Cam Ferenbach on 8/22/23. (Copies have been distributed pursuant to the NEF - JQC) (Entered: 08/23/2023) |
|---|---|---|
| 08/30/2023 | 10 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Richard Zeitlin on 8/30/2023. By Deputy Clerk: T. Renfro.<br><br>Confirmation from USMS, Defendant has been transported to the Southern District of New York. The Status Conference scheduled for Friday, September 1, 2023 at 4:00 PM is : VACATED.<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - TR) (Entered: 08/30/2023) |
| 09/05/2023 | 11 | TRANSMITTAL to Southern District of New York<br>Your case number: 23 Crim 419<br>Our case number: 2:23-mj-00752<br>Please be advised that Defendant Richard Zeitlin was arrested in the District of Nevada (Las Vegas) on a warrant issued by your District and appeared before United States Magistrate Judge Can Ferenbach on 08/17/2023.<br>The Defendant has been detained and remanded to the custody of the United States Marshal for transport.<br>All documents completed in this district may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov<br>(cc: CriminalTransfer@nysd.uscourts.gov - ALZ) (Entered: 09/05/2023) |