UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America    Plaintiff,

-against-

Richard Zeitlin    Defendant.

1:23-cr-00419-LAK
_____( )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Robert G. Bernhoft__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Wisconsin__; and that his/her contact information is as follows (please print):

Applicant's Name: __Robert G. Bernhoft__

Firm Name: __The Bernhoft Law Firm, S.C.__

Address: __1402 E. Cesar Chavez Street__

City / State / Zip: __Austin, Texas 78702__

Telephone / Fax: __(512) 582-2100; (512) 373-3159 (fax)__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Richard Zeitlin__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __9-8-2023__

__/s/ Lewis A. Kaplan__
United States District ~~Magistrate~~ Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9-8-2023__