UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **NOTICE OF APPEARANCE & REQUEST** |
| v. : | **FOR ELECTRONIC NOTIFICATION** |
| : | |
| RICHARD ZEITLIN, : | 23 Cr. 419 (LAK) |
| : | |
| : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


by: /s/ Rebecca T. Dell_____
    Rebecca T. Dell
    Assistant United States Attorney
    (212) 637-2198