

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2023

**BY ECF AND HAND DELIVERY**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Richard Zeitlin</u>, 23 Cr. 419 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes to clarify the record, including to the extent the below becomes relevant to the defendant's forthcoming motions. The defendant's letter of November 8, 2023, was inaccurately characterized as a "Joint Request." (Dkt. 26). While the Government agreed to the proposed briefing schedule, the defendant's letter is *the defendant's request* for the Court's intervention with respect to *the defendant's applications*.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

      By:    /s Jane Kim
              Jane Kim / Rebecca Dell / Daniel H. Wolf
              Assistant United States Attorneys
              (212) 637-2038 / 2198 / 2337