UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :
                                :   **NOTICE OF APPEARANCE & REQUEST**
           v.                   :   **FOR ELECTRONIC NOTIFICATION**
                                :
RICHARD ZEITLIN,                :   23 Cr. 419 (LAK)
                                :
                                :
           Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney for the
                                            Southern District of New York

                        by:   /s/ Daniel H. Wolf
                             Daniel H. Wolf
                             Assistant United States Attorney
                             (212) 637-2337