UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RICHARD ZEITLIN,<br><br>      Defendant. | 23-cr-419 (LAK) |

**DEFENDANT'S NOTICE OF MOTION TO SUPPRESS EVIDENCE
SEIZED UNDER SEARCH WARRANTS FOR A RESIDENCE
AND OFFICE IN THE DISTRICT OF NEVADA**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Defendant Richard Zeitlin hereby moves through his counsel to suppress all evidence seized under premises search warrants issued in the District of Nevada.

Dated: November 30, 2023.

                                           **THE BERNHOFT LAW FIRM, S.C.**
                                           Attorneys for Defendant Richard Zeitlin

                                           */s/ Robert G. Bernhoft*
                                           Robert G. Bernhoft, Esq.
                                           Appearing *pro hac vice*
                                           1402 E. Cesar Chavez Street
                                           Austin, Texas 78702
                                           Telephone: (512) 582-2100
                                           Facsimile: (512) 373-3159
                                           rgbernhoft@bernhoftlaw.com