UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RICHARD ZEITLIN,<br><br>      Defendant. | 23-cr-419 (LAK) |

### DEFENDANT'S NOTICE OF MOTION TO DISMISS COUNTS ONE AND TWO OF THE INDICTMENT AND FOR A BILL OF PARTICULARS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum, Defendant Richard Zeitlin hereby moves to dismiss Counts One and Two of the Indictment and for a Bill of Particulars.

Dated: November 30, 2023.

                                            **THE BERNHOFT LAW FIRM, S.C.**
                                            Attorneys for Defendant Richard Zeitlin

                                             /s/ Robert G. Bernhoft
                                            Robert G. Bernhoft, Esq.
                                            Appearing *pro hac vice*
                                            1402 E. Cesar Chavez Street
                                            Austin, Texas 78702
                                            Telephone: (512) 582-2100
                                            Facsimile: (512) 373-3159
                                            rgbernhoft@bernhoftlaw.com