USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

23-cr-0419 (LAK)

RICHARD ZEITLIN,

Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court will conduct a *Curcio* hearing in this matter on December 21, 2023 at 2:15 pm. Mr. Bernhoft, Mr. Dratel, and the defendant all shall be present together with counsel for the government.

       SO ORDERED.

Dated:     December 13, 2023

                                                    /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                                 United States District Judge