# EXHIBIT 1



**U.S. Department of Justice**

Federal Bureau of Prisons

*MDC Brooklyn*

*Brooklyn, New York 11232*

MEMORANDUM FOR INMATE POPULATION

From: C. Rodriguez, Captain

**Notice to the inmate population**

SUBJECT: Modified Institutional Operations

Effective Friday, December 15, 2023, MDC Brooklyn will be placed on modified operations, following an assault on staff. It is the expectation of the Captain that inmates and staff will live and work in a safe and secure environment. Violence in this setting leads to negative consequences such as injuries, death, prolonged lockdowns, disruption of operations and programs, and increased tension. Therefore, it is imperative all inmates adhere to established rules, expectations and respect one another. As a result of this incident, the inmate population will remain secured until further notice. Legal calls and legal visits will continue as normal, however social visits will be cancelled until further notice. Return to normal operations is strictly based on inmate behavior and will be assessed daily.

**Aviso para los presos**

SUBJETO: Operaciones Modificadas

A partir del viernes 15 de diciembre de 2023, MDC Brooklyn pasará a operaciones modificadas, luego de un asalto al personal. La expectativa del Capitán es que los reclusos y el personal vivan y trabajen en un ambiente seguro y protegido. La violencia en este entorno tiene consecuencias negativas como lesiones, muerte, encierros prolongados, interrupción de operaciones y programas y aumento de la tensión. Por lo tanto, es imperativo que todos los reclusos cumplan con las reglas y expectativas establecidas y se respeten unos a otros. Como resultado de este incidente, la población reclusa permanecerá asegurada hasta nuevo aviso. Las llamadas y visitas legales continuarán con normalidad, sin embargo, las visitas sociales se cancelarán hasta nuevo aviso. El regreso a las operaciones normales se basa estrictamente en el comportamiento del recluso y será evaluado diariamente.

No Medicine!
Showers
Laundry
Little Food 360 calories
24 hr Lockdown for days
Commissary
No Legal Work
14th
Withholding Food

7J: ;4;F $

## Fwd: MDC Brooklyn Information

fdny-cja@googlegroups.com <fdny-cja@googlegroups.com>
on behalf of
Deirdre von Dornum <Deirdre_vonDornum@fd.org>

Thu 12/28/2023 12:01 PM

To: CJA Listserv <fdny-cja@googlegroups.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Papapetru, Sophia (BOP)" <spapapetru@bop.gov>
> **Date:** December 28, 2023 at 9:52:22 AM MST
> **To:** Deirdre von Dornum <Deirdre_vonDornum@fd.org>, David Patton <David_Patton@fd.org>, Jennifer Brown <Jennifer_Brown@fd.org>, Brenna Mahoney <Brenna_Mahoney@nyed.uscourts.gov>, Eugene Corcoran <Eugene_Corcoran@nyed.uscourts.gov>, Edward Friedland <Edward_Friedland@nysd.uscourts.gov>, "Lifshitz, Allon (USANYE)" <ALifshitz@usa.doj.gov>, "Gitner, Daniel (USANYS)" <DANIEL.GITNER@usdoj.gov>, "Astacio, David (USMS)" <David.Astacio@usdoj.gov>, "Oestericher, Jeffrey (USANYS)" <Jeffrey.Oestericher@usdoj.gov>, "Lee, Peter (USMS)" <Peter.Lee@usdoj.gov>, "Ward, Samantha (USANYE)" <Samantha.Ward@usdoj.gov>, "Sozio, Ralph (USMS)" <Ralph.Sozio@usdoj.gov>, "DeMarco, Vincent (USMS)" <Vincent.DeMarco@usdoj.gov>, "McHugh, Brian (USMS)" <Brian.McHugh@usdoj.gov>, Roberto Finzi <rfinzi@paulweiss.com>, Valerie_Caproni@nysd.uscourts.gov, "Furman, Jesse M." <Jesse_Furman@nysd.uscourts.gov>, "Olds, Dara (USANYE)" <Dara.Olds@usdoj.gov>, "Cooper, David (USANYE)" <David.Cooper4@usdoj.gov>, "Macaluso, Melanie (USMS)" <Melanie.Macaluso@usdoj.gov>, Michelle Gelernt <Michelle_Gelernt@fd.org>, Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>, Tamara Giwa <Tamara_Giwa@fd.org>
> **Cc:** "Chan, Irene (BOP)" <ichan@bop.gov>, "Khan, Neha (BOP)" <nkhan@bop.gov>
> **Subject: Re: MDC Brooklyn Information**

Good morning everyone,

Please be advised that all legal calls and VTCs are temporarily suspended, until further notice. At approximately 10:56AM, MDC Brooklyn phone system went down in thay we were unable to receive incoming phone calls or to make outgoing phone calls. At approximately 11:40 AM, service was restored, but only to receive incoming calls. We are hopeful this will be resolved as soon as possible.

I will keep everyone apprised of any changes and updates.

Thank you,
Sophia

_____

**Sophia Papapetru** | Supervisory Attorney
U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn | MCC New York | FCI Otisville
*CLC New York*
80 29th Street
Brooklyn, New York 11232
**P**: (718) 840-4200
**E:** spapapetru@bop.gov

SENSITIVE/PRIVILEGED COMMUNICATION

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

--
You received this message because you are subscribed to the Google Groups "FDNY-CJA" group.
To unsubscribe from this group and stop receiving emails from it, send an email to fdny-cja+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/fdny-cja/A0CED58F-EA9A-43B8-9A36-9F5549E698E0%40fd.org.