UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>RICHARD ZEITLIN,<br><br>   Defendant. | 23-cr-419 (LAK) |

**DEFENDANT'S NOTICE OF UNOPPOSED MOTION**
**TO CONTINUE THE TRIAL DATE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum and supporting Declaration, Defendant Richard Zeitlin hereby respectfully moves to continue the trial date in this matter from April 2, 2024 to a date in September, 2024.

Dated: January 16, 2024.

                **THE BERNHOFT LAW FIRM, S.C.**
                Attorneys for Defendant Richard Zeitlin


                 /s/ Robert G. Bernhoft
                Robert G. Bernhoft, Esq.
                Appearing *pro hac vice*

                1402 E. Cesar Chavez Street
                Austin, Texas 78702
                Telephone: (512) 582-2100
                Facsimile: (512) 373-3159
                rgbernhoft@bernhoftlaw.com