USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

v.                                          23-cr-419 (LAK)

RICHARD ZEITLIN,

   Defendant.

------------------------------------------------------------

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

LEWIS A. KAPLAN, *District Judge*

   Defendant Richard Zeitlin filed an unopposed motion to continue this trial from April 2, 2024 to a date in September, 2024. Defendant Zeitlin needs additional time to review the voluminous discovery in this case. For the reasons set forth in the motion, Defendant Zeitlin's motion is **HEREBY GRANTED**. The April 2, 2024 trial date is hereby continued until 10/21 ___, 2024.

   This motion is granted to allow the Defendant sufficient time to review discovery, and as such, this Court finds that the ends of justice served by granting this continuance out-weigh the best interest of the public and the Defendant in a speedy trial. Therefore, this Court finds that the time from April 2, 2024 through 10/21 ___, 2024 are excludable under the Speedy Trial Act.

   **SO ORDERED.**

Dated: January, 22, 2024

                                            _____
                                            Lewis A. Kaplan
                                            United States District Judge