UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

RICHARD ZEITLIN,

        Defendant.
------------------------------------------x

23-cr-0419 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The Court is in receipt of the parties' briefings on defendant's letter motion renewing his prior motion for pretrial release (Dkt 57). The Court will hear argument on this matter on February 13, 2024 at 11:00 am. Counsel for both parties shall be present and prepared to address any changes to Mr. Zeitlin's conditions of confinement since his reply letter on February 1, 2024 (Dkt 74).

    SO ORDERED.

Dated:    February 5, 2024

                                                    Lewis A. Kaplan
                                                  United States District Judge