Case 1:23-cr-00419-LAK   Document 89   Filed 08/23/24

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                      23-cr-0419 (LAK)

RICHARD ZEITLIN,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The Court is in receipt of defendant's motion to continue the trial date. The government shall file any response no later than Tuesday, August 27, 2024 at 12:00 p.m. Any reply by defendant shall be filed no later than August 29, 2024 at 12:00 p.m.

       SO ORDERED.

Dated:     August 23, 2024

                                                           _____
                                                           Lewis A. Kaplan
                                                        United States District Judge