# EXHIBIT 1

Richard L. Zeitlin
Register No. 73600-510
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

November 14, 2024

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Richard Zeitlin*,
23 Cr. 419 (LAK)

Dear Judge Kaplan:

First of all I would like to apologize for the crime that I have committed. I also want to apologize to the people that were misled and the employees that relied upon me. I want you to know that I accept full responsibility for what I have done. Upon my arrest I blamed everyone else for my problems. After several weeks I began to see how everything was my fault and my fault alone.

Strangely enough I have to thank you for denying my bail. Even though MDC is as much of a menacing nightmare as portrayed by everyone familiar with it, had you granted me bail I probably would not have done the deep soul searching while in MDC. During my incarceration I have spent a tremendous amount of time reflecting on my life. I can tell you I did not like what I saw. I saw a person that could rationalize breaking the law as just "little white lies." Looking back it was far more than just little white lies. I lost track of who I really was and it became easier and easier to cross the line of right and wrong.

Spending many nights alone in my cell soul searching gave me the needed time to look at myself and my actions. I broke my contract with society and I deeply apologize to my victims, society and to you. My actions alone have landed me in prison and I truly understand the gravity of my conduct. With my pursuit of money I lost my moral compass and it took this time for me to focus myself back to where I should be.

Unfortunately I cannot go back and change what I have done, however I do look forward to getting back to society and having an opportunity to be an honest neighbor. I look forward to rebuilding my life with integrity and a commitment to honesty. I also am looking forward to show my children how much I value them and hopefully they can also learn from my mistakes. As my mother is 78 and not in great health I hope to be able to see her outside of prison before

she passes. Her mother died at 72 and her father at 73 so every day I can spend with her would truly be a gift.

I would like to relate my Yom Kippur experience to you. I have gone to many Yom Kippur services on the "outside" but this last service was truly transformative. The day of atonement in MDC will never be forgotten as I was able to atone for all my sins and behavior. That goes beyond this case, and includes other lifestyle choices that I have been forced to confront and, fortunately, now have the strength to change. That would have been unlikely without this intervention. However, the biggest gift given to me from being in MDC has been my relationship with G-d. I neglected it and being in here has been a gift that I will always be truly grateful for.

I will close this letter with a bit of scripture – "The sacrifice offer desirable to G-d is a contrite sprit and a contrite and broken heart." In no uncertain terms that is exactly what I have. I understand punishment is needed but I ask for mercy from you.

Thank you for your time and consideration

Respectfully submitted,

Richard Louis Zeitlin