USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                 :

UNITED STATES OF AMERICA

                                 :        **CONSENT ORDER OF**
        - v. -                      **RESTITUTION**

                                 :

RICHARD ZEITLIN,
                                 :        23 Cr. 419 (LAK)

        Defendant.
                                 :

------------------------------------- x

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Jane Kim, Rebecca Dell, and Emily Deininger, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count One of Indictment 23 Cr. 419 (the "Indictment"); and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

RICHARD ZEITLIN, the defendant, shall pay restitution in the total amount of $8,906,760.00, pursuant to 18 U.S.C. § 3663A, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim, as set forth in a Schedule of Victims, shall submitted to the Court by the United States Attorney's Office within 90 days of the defendant's sentencing. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(1), the total amount of restitution in the full amount of each victim's loss is due immediately upon entry of judgment. Because the defendant currently lacks the resources to satisfy the total loss amount, in the interests of justice, restitution will be due

in full immediately and payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2) within the shortest time in which full payment can reasonably be made. Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of at least 15% of the defendant's gross income on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

## 5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

## 6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the forthcoming Schedule of Victims, which shall be attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency,

[THIS PORTION OF THE PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____   12/10/2024
Jane Kim                              DATE
Rebecca Dell
Emily Deininger
Assistant United States Attorneys


RICHARD ZEITLIN

By: _____   12/10/24
Richard Zeitlin                       DATE
Defendant

By: _____   12/10/24
Joshua Dratel, Esq.                   DATE
Robert Bernhoft, Esq.
Daniel Treuden, Esq.
Attorneys for the Defendant


SO ORDERED:

_____   12/10/24
HONORABLE LEWIS A. KAPLAN        DATE
UNITED STATES DISTRICT JUDGE